

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.R. and J.R., children    * From the 326th District Court
of Taylor County,
Trial Court No. 10895-CX.

No. 11-24-00185-CV                  * December 19, 2024

                                      * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is reversed insofar as it terminated Appellant's parental rights to J.R. and J.R., and we affirm the order of the trial court in all other respects. Accordingly, this cause is remanded to the trial court for further proceedings.   Any proceedings on remand must be commenced within 180 days of this court's mandate.   TEX. R. APP. P. 28.4(c).